# Exhibit 3

**From:** **Yesh Music Licensing** contact@yeshmusic.com
**Subject:** Licensing
**Date:** December 8, 2018 at 9:16 PM
**To:** publicfeedback@theonion.com



Hello,

we noticed ClickHole is displaying video content paired with the music of The American Dollar, whom we represent. We do not have any record of granting a license for these pieces, we request that you kindly forward your license information for the use of their music to our email address: contact@yeshmusic.com

Thank You,
Yesh Music Licensing